97 A.3d 1202

COMMONWEALTH of Pennsylvania, Respondent

v.

Neil Andrew NEIDIG, Petitioner.

Supreme Court of Pennsylvania.

Aug. 19, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of August, 2014, the Petition for Allowance of Appeal is **GRANTED.** The judgment of the Superior Court is **VACATED,** and the matter is **REMANDED** to the Superior Court to consider the implications of Pa.R.A.P. 1925(c), as outlined in the dissenting statement by Judge Fitzgerald. *See* Pa.R.A.P. 1925(c)(3) (where an "appellate court is convinced that counsel has been *per se* ineffective, the appellate court shall remand for the filing of a Statement *nunc pro tunc* and for the preparation and filing of an opinion by the judge.").